UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELUTERIO SALAS-GARAY and GLORIA GUTIERREZ, individually and as marital community,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT J. FRANEK and JANE DOE FRANEK, individually and as a marital community; FSF, INC., an Idaho corporation doing business in the State of Washington; and XYZ Corporation, a foreign corporation doing business in the State of Washington,<br><br>    Defendants. | NO. CV-09-5067-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

THIS MATTER, having come on regularly before the undersigned judge in the above-entitled Court, the Court having considered the Stipulation of the parties, and the Court deeming itself otherwise fully advised in the premises, now, therefore it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE -1

The District Court Executive is ordered to enter this Order, furnish copies to counsel, and **CLOSE** this file.

**DATED** this 8th day of March, 2010.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
DISTRICT COURT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE -2